

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose Juan SOLORZANO<br><br>Defendant. | Magistrate Case No.: 08 MJ 8525<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about June 9, 2008, within the Southern District of California, defendant Jose Juan SOLORZANO did knowingly and intentionally import approximately 68.12 kilograms (149.86 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                 Luis Saenz, Special Agent<br>
                                                 U.S. Immigration and<br>
                                                 Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 10th DAY OF JUNE 2008.

                                                 Peter C. Lewis<br>
                                                 U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
      v.
Jose Juan SOLORZANO

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Luis A. Saenz.

On June 9, 2008, at approximately 1837 hours, Jose Juan SOLORZANO attempted to enter the United States from the Republic of Mexico at the Calexico, CA West Port of Entry. SOLORZANO was the driver and sole occupant of a 2003 Ford Ranger.

During the primary inspection, Customs and Border Protection Officer (CBPO) Y. Siquieros asked SOLORZANO how long he owned the vehicle he was driving. SOLORZANO stated he purchased the vehicle several months ago from a relative in Mexicali, Baja California, Mexico. When asked the purpose of his travel to Mexico, SOLORZANO stated he went to visit family. CBPO Siquieros obtained a negative Customs declaration from SOLORZANO. CBPO Siquieros inspected the vehicle and noticed the tires on the vehicle were very shiny. As CBPO Siquieros conducted her inspection of the vehicle she noticed SOLORZANO became very talkative and started providing unsolicited information. CBPO Siquieros elected to refer SOLORZANO and the vehicle he was driving to the Vehicle Secondary Area for further inspection.

In the Vehicle Secondary Area, CBPO X. Ramos obtained a negative Customs declaration from SOLORZANO. When asked about the purpose of his travel to Mexico, SOLORZANO told CBPO Ramos that he went to purchase an airbag for his steering wheel because he had just purchased the vehicle. Upon inspecting the spare tire of the vehicle, CBPO Ramos noticed it seemed "solid" when he tapped it. A canine inspection of the vehicle was solicited, resulting in an alert by the

canine unit. CBPO Ramos discovered twenty-four (24) packages, with a combined weight of 68.12 kilograms (149.86 pounds) of marijuana, concealed within the two front tires, the rear passenger side tire, and the spare tire of the vehicle driven by SOLORZANO. CBPO Ramos probed a package and it produced a green leafy substance that field-tested positive for marijuana.

SOLORZANO was arrested for importation of marijuana into the United States. At the time of his arrest, SOLORZANO was not in possession of any money.