FILED
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY *EF* DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>        v.  )<br>  )<br> JOSE JUAN SOLORZANO,  )<br>  )<br>          Defendant.  )<br>  ) | Criminal Case No. 08CR2256-BTM<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about June 9, 2008, within the Southern District of California, defendant JOSE JUAN SOLORZANO, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 68.12 kilograms (149.86 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 8, 2008 .

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
7/7/08